IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LISBETH GORDON, for herself and
a class of similarly situated persons,**

  Plaintiffs,

vs.           CASE NO.: 4:07-CV-174-SPM

**PUBLIX SUPERMARKETS, INC.,**

  Defendant.
_____/

### ORDER OF RECUSAL

**THIS CAUSE** comes *sua sponte* before the Court. 28 U.S.C. § 455(b)(5)(ii) requires that a federal judge recuse himself from any case in which a person within the third degree of relationship to him or his spouse is "acting as a lawyer in the proceeding." My daughter, Stephanie Mickle, an associate with Akerman Senterfitt, is listed as counsel of record for defendant Publix, thus prohibiting me from presiding over the matter.

Accordingly, it is

**ORDERED AND ADJUDGED** that I, District Judge Stephan P. Mickle, hereby recuse myself *ex mero motu* from the instant case and respectfully request that it be assigned to another judge.

**DONE AND ORDERED** this <u>nineteenth</u> day of April, 2007.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge

Dockets.Justia.com